**FILED**

FEB 2 4 2016

DAVID CREWS, CLERK
BY_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 3:16CR 021

TERRY KELLY a.k.a "TK"  18 U.S.C. § 922(g)(1)
 18 U.S.C. § 924(e)(1)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 27, 2016, in the Northern District of Mississippi, TERRY KELLY, defendant, having previously been convicted in a court of certain felonies, that is, a crime punishable by imprisonment for a term exceeding one year, including, but not limited to the following felonies as defined in 18 U.S.C. 924(e)(2)(B):

1. Shooting into an Occupied Dwelling, Cause No. CR99-074, Circuit Court of Alcorn County, Mississippi, committed on August 10, 1998, and convicted on or about February 13, 2003;

2. Burglary, Cause No. UK-2003-198, Circuit Court of Union County, Mississippi, committed on September 21, 2003, and convicted on or about March 5, 2004;

3. Burglary of a Dwelling, Cause No. 399-07, Circuit Court of Lauderdale County, Mississippi, committed on April 10, 2007, and convicted on or about February 19, 2008;

did knowingly possess in and affecting interstate commerce, a firearm, namely, a Russian (Mosin-Nagant), Model: 91/30, 7.62x54 caliber rifle, S/N: RMN091276, and a Marlin, Model:

25MN, .22 caliber, bolt action rifle, S/N: 08617073 in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL:

First Asst. /s/ William C. Lamar, FAUSA
UNITED STATES ATTORNEY

/s/Signature Redacted
FOREPERSON