United States District Court
for the
Northern District of Mississippi

RECEIVED
MAR 13 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Case No. 3:16 CR 021

I would like the Court's to know that I'm indigent and will need an attorney for my appeal case.

Date: Feb, 7, 2017

Thank you
Respectfully Submitted

Terry Kelly 06920748
Fairton FCI
PO Box 420
Fairton, NJ 08320

Terry Kelly 0692-748
Fairton FCI
PO Box 420
Fairton, NJ 08320

SOUTH JERSEY NJ 080
08 MAR 2017 PM 5 L

United States District Court
for the
Northern District of Mississippi
Oxford, Mississippi 38666